**DISMISS and Opinion Filed November 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01402-CV

**AMERIPLAN CORPORATION, Appellant**
**V.**
**MARKETVISION CONSULTING GROUP, LLC, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02703-2013**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Lang

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

131402F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMERIPLAN CORPORATION, Appellant

No. 05-13-01402-CV     V.

MARKETVISION CONSULTING
GROUP, LLC, Appellee

On Appeal from the 199th Judicial
District Court, Collin County, Texas.
Trial Court Cause No. 199-02703-2013.
Opinion delivered by Justice Lang.   Justices
Moseley and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 12th day of November, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE